IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-94-198-CR




CURTIS WAYNE BURLESON,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 0931467, HONORABLE MIKE LYNCH, JUDGE PRESIDING


 





PER CURIAM

 In April 1993, appellant pleaded guilty to burglary of a habitation. The district
court imposed punishment at imprisonment for ten years, but suspended imposition of sentence
and placed appellant on probation. In March 1994, following a hearing on the State's motion, the
district court revoked appellant's probation, reduced punishment to imprisonment for six years,
and imposed sentence. (1) This appeal followed.

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why
there are no arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969); Jackson v. State, 485 S.W.2d 553
(Tex. Crim. App. 1972); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978). A copy of counsel's brief was delivered to
appellant, and appellant was advised of his right to examine the appellate record and to file a pro
se brief. No pro se brief has been filed.

 We have reviewed the record and counsel's brief and agree that the appeal is
frivolous and without merit. Further, we find nothing in the record that might arguably support
the appeal.

 The order revoking probation is affirmed.


Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: November 9, 1994

Do Not Publish

1. The order revoking appellant's probation is styled "judgment revoking community
supervision."